```
                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF MISSISSIPPI
                         NORTHERN DIVISION
```

CALVIN LOUIS MISSOURI                                    PLAINTIFF

VS.                              CIVIL ACTION NO. 3:18CV65TSL-RHW

OFFICER UNKNOWN DOMINO AND                              DEFENDANTS
OFFICER UNKNOWN TYLER

                              ORDER

This cause came on this date to be heard upon the report and recommendation of United States Magistrate Judge Robert H. Walker, and the court, having fully reviewed the report and recommendation entered in this cause on November 15, 2018, and being duly advised in the premises and there being no objection[1] filed by plaintiff, finds that said report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the report and recommendation of United States Magistrate Judge Robert H. Walker entered on November 15, 2018, be, and the same is hereby adopted as the finding of this court. It follows that the complaint is dismissed based on plaintiff's failure to exhaust administrative remedies.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 16TH day of January, 2019.

                          /s/Tom S. Lee
                          UNITED STATES DISTRICT JUDGE

---

[1] While the court granted plaintiff's motion for an extension of time to object, giving him until December 20, 2018, to file an objection, no objection has been received.